Submitted on remand from the Oregon Supreme Court, November 20, 2019,
reversed and remanded January 15, 2020

In the Matter of the Compensation of
Claudia S. Stryker, Claimant.

Claudia S. STRYKER,
*Petitioner,*

*v.*

SAIF CORPORATION
and HWC Clients,
*Respondents.*

Workers' Compensation Board
1402859; A159793

456 P3d 381

On remand from the Oregon Supreme Court, *Stryker v. SAIF Corporation*, 365 Or 657, 451 P3d 1015 (2019).

Julene M. Quinn filed the briefs for petitioner.

David L. Runner filed the brief for respondents.

Before Lagesen, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

Reversed and remanded. *Caren v. Providence Health System Oregon*, 365 Or 466, 446 P3d 67 (2019).